| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 19-20041-CR-DMM |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 20 Cr 10063 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| ANDREW SMITH | SD/FL | MIAMI |
| | NAME OF SENTENCING JUDGE | |
| | DONALD M. MIDDLEBROOKS | |
| SD/FL PACTS NO.: 3433511 | DATE OF SUPERVISED RELEASE | FROM 06/18/2019 — TO 06/17/2022 |

OFFENSE:

Importation of a Mixture Containing a Detectable Amount of Ketamine, in violation of 21, U. S. Code, § 952(b).

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

**IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised release named above be transferred with the records of this Court to the United States District Court for the <u>District of Massachusetts</u> upon the Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_2/18/20_
Date

_[signature]_
United States District Judge
Donald M. Middlebrooks

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**IT IS HEREBY ORDERED** that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_2-24-2020_
Effective Date

_[signature]_
United States District Judge